# EXHIBIT A

 Gmail

## Letter for Donavin Bradford
1 message

**Nicole Clayton** <claytonn72.nc@gmail.com>                                    Sun, Aug 20, 2023 at 12:26 PM

My name is Nicole Bradford, and I'm writing this letter in regards to my husband Donavin Bradford. I have known Donavin for over 15 years , I met him when we both were teens. At the time he was living with his aunt in Pasadena,CA. The environment was new start , different but he didn't have enough support at the time to keep him on the right track . Donavin's father was out of his life after he was 2 years old. He had woman in his life like his mom, aunts and cousins but not a male figure in his life. From the moment I met him he has always been in survival mode . He is a very kind, loving person but he mask the pain behind his kindness, from not having a father , a single mother who couldn't provide the necessary needs in order for him to live a normal life. Donavin use to pan handle with his siblings at a very young age in Order to eat , They lived in a motel at the time and they never had much. He ranned away at 13 years old because Nobody poured into him , nobody seen his pain, nobody took the time to guide him or hear him out , he felt like he didn't have nothing ,He always felt lost , alone , misunderstood which lead him to the streets . As a teen he really was battling self and personal identity issues .He always wanted more financial because he didn't have what other kids had , he couldn't go to places other kids went, he didn't look as good as other kids( fashionably), he wasn't as confident as others. He didn't believe in his self , because he felt nobody believed in him. It's always been hard for donavin to find him self , he grew up too fast , he never got to be a kid everything fell on him , he use to get in trouble for things he never done , it he wouldn't mind taking the blame for his siblings or any family members. He always felt like a failure in everyone eyes anyways , none of his family properly encouraged him, he knew never to ask his family member for help because everyone wanted him to figure it out on his own and he just couldn't. Anytime he needed a place to go he knew his family wouldn't open the doors for him so that's why he just kept getting into the streets . Donavin ain't never seen normal or functional relationships, it was never modeled to him so he just continued to live under these conditions.  I ask that you take in consideration the impact his upbringing has affected him in making the right decisions because the most fundamental stage of his life were failed , from not  having the adequate amount of food , safety, love, and nurturing in order for him survive . Thank you for your time .

Best Regards,